UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICHARD J. SIMPSON,

        Plaintiff,

                                     Civil Action No.
vs.                              06-CV-12921

                                     HON. BERNARD A. FRIEDMAN

GENESEE COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.
_____/

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT LLOYD'S MOTION TO DISMISS, AND DISMISSING THE COMPLAINT AGAINST THE REMAINING DEFENDANTS

This matter is presently before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation ("R&R") dated May 28, 2008. In his R&R, Magistrate Judge Scheer recommends that Defendant Lloyd's Motion to Dismiss [docket entry 20] be granted and that Plaintiff's Complaint be dismissed as to the remaining defendants herein. Plaintiff filed timely objections to the Magistrate Judge's R&R on June 11, 2008. The Court reviews *de novo* those portions of the R&R to which a specific objection has been made. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). After having done so, the Court finds that Magistrate Judge Scheer correctly and thoroughly analyzed all of the issues presented and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's recommendations as the findings and conclusions of the Court.

        Accordingly,

1

IT IS ORDERED that Magistrate Judge Scheer's R&R of May 28, 2008, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendant Lloyd's Motion to Dismiss [docket entry 20] is granted.

IT IS FURTHER ORDERED that Plaintiff's Complaint is dismissed as to all defendants herein.

s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated:  June 19, 2008
          Detroit, Michigan

I hereby certify that a copy of the foregoing document

was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins

Case Manager to Chief Judge Friedman